JS - 6/ENTER

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

JUL 20 2011

CENTRAL DISTRICT OF CALIFORNIA
BY              DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| KENNARD WATKINS, | Case No. CV 11-4807-JVS (MLG) |
| Petitioner, | JUDGMENT |
| v. | |
| BRUNO STOLC, Warden, | |
| Respondent. | |

IT IS ADJUDGED that the petition is dismissed without prejudice.

Dated: July 19, 2011

James V. Selna
United States District Judge

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

JUL 21 2011

CENTRAL DISTRICT OF CALIFORNIA
BY              DEPUTY